

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Miami District Office

One Biscayne Tower
2 South Biscayne Blvd., Suite 2700
Miami, FL 33131
PH: (305) 536-4491
TDD: (305) 536-5721
FAX: (305) 536-4011

# SETTLEMENT AGREEMENT

CHARGE NUMBER(S): 150A12843 and 150A13075

CHARGING PARTY: Lew Earle Williams, Jr.

RESPONDENT: School District of Palm Beach County

1. In exchange for the promises made by the School District of Palm Beach County, pursuant to Charge Numbers 150A12843 and 150A13075, Lew Earle Williams, Jr. agrees not to institute a law suit under the Age Discrimination Employment Act of 1967 as amended (ADEA), based on EEOC Charge Numbers 150A12845 and 150a13075.

2. Further we agree that submission of this agreement to EEOC will constitute a request for closure of EEOC Charge Numbers 150A12845 and 150a13075.

3. It is understood that this agreement does not constitute an admission by Respondent of any violation of the Age Discrimination Employment Act of 1967 as amended.

4. Respondent agrees that there shall be no discrimination or retaliation of any kind against any person because of opposition to any practice deemed illegal under the ADEA as a result of filing this charge, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5. This document constitutes a final and complete statement of this EEOC agreement between the parties.

6. The parties agree that the EEOC is authorized to investigate compliance with this agreement and that this agreement may be specifically enforced in court by the EEOC or the parties and may be used as evidence in a subsequent proceeding in which a breach of this agreement is alleged.

6A. Lew Earle Williams, Jr. acknowledges that he has been advised to consult with an attorney and has been given a reasonable time to consider the agreement before signing.

Charge Numbers: 150A12845 & 150A13075
page 2

7. As evidence of a good faith effort to resolve EEOC Charge Numbers 150A12845 and 150A13075, Respondent offers and Charging Party accept the following proposal of settlement:

(A). Respondent agrees to offer the Charging Party a Professional Services contract at Step 16 of the Classroom Teachers Association(CTA) salary scale at a yearly wage rate of $48,905.00. Respondent further agrees upon receipt of the fully executed settlement agreement to immediately begin the above referenced process but no later than 30 days after receipt of the fully executed settlement agreement.

(B). Respondent agrees to provide the Charging Party the $2,000.00 "Glades" supplemental outlined in the CTA contract.

(C). Respondent agrees to provide the Charging Party the $5,000.00 doctoral supplement outlined in the CTA, if otherwise eligible.

(D). Respondent agrees to make payment of the amount of $66,420.00 that will be considered pension contribution to the Florida Retirement System on behalf of the Charging Party to make whole as an employee in a regularly established position, "Full Time Position," thereby giving the Charging Party proper service credit for the purposes of future pension benefits. Respondent further agrees upon receipt of the fully executed settlement agreement to immediately begin the above referenced process but no later than 30 days after receipt of the fully executed settlement agreement.

(E). Respondent agrees to pay the Charging Party the amount of $40,000.00 which represents back wages from October 2000 to the date of execution of this settlement agreement. Respondent further agrees to immediately make requisition to the District's Finance Department for payment but not later than 30 days after receipt of the fully executed settlement agreement.

(F). Respondent agrees to pay the Charging Party's legal fees in the amount of $5,750.00 to the law firm of Perlet & Shiner, P. A., The Comeau Building, 310 Clematis Street, Suite 801, West Palm Beach, Florida 33401. Respondent agrees to immediately make requisition of payment of said legal fees immediately upon receipt of the fully executed settlement agreement but no later than 30 days from receipt of the settlement agreement.

Charge Numbers: 150A12845 & 150A13075
page 3

(G). Respondent agrees to provide the EEOC at the following address, a copy of the instrument utilized to make requests for requisition of payments referenced in paragraph 7(D), 7(E), and 7(F); One Biscayne Tower, 2 South Biscayne Blvd. Suite 2700, Miami, Florida, ATTN: Marvin C. Frazier, Federal Mediator.

_____    _____
Respondent                   Date

_____    _____
Respondent Representative    Date

*Lew Earle Williams, Jr.*    6-03-02
Charging Party              Date

*[signature]*                6-3-02
Charging Party Representative   Date

In reliance on the promises made in paragraph 7(A) through 7(G) above, EEOC agrees to terminate its investigation and to not use the above referenced charge as a jurisdictional basis for a civil action under the Age Discrimination in Employment Act of 1967, as amended. EEOC does not waive or in any manner limit its right to investigate or seek relief in any other charge including, but not limited to, a charge filed by a member of the Commission against the Respondent.

On Behalf of the Commission:

_____    _____
Federico Costales            Date
District Director
Miami District Office